EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

ELLIOT ENOKI #1528
First Assistant U.S. Attorney

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 06 2003

at ___ o'clock and ___ min ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,      )    CR. NO. CR 03-00062 HG
                               )
            Plaintiff,         )
                               )
        vs.                    )    INDICTMENT
                               )
DANIEL AUKAI,                  )    [21 U.S.C. §§ 841(a),
                               )    841(b)(1)(A)]
            Defendant.         )
_____)

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about February 1, 2003, in the District of

Hawaii, DANIEL AUKAI knowingly and intentionally possessed

with the intent to distribute 50 grams or more of

methamphetamine, its salts, isomers, and salts of its

isomers, a Schedule II controlled substance.

       All in violation of Title 21, United States Code,

Section 841(a) and 841(b)(1)(A).

       DATED: _*2/6*_____, 2003, at Honolulu, Hawaii.

              A TRUE BILL

              /s/

             _____

              FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney

_____
ELLIOT ENOKI
First Assistant U.S. Attorney


_____
LORETTA SHEEHAN
Assistant U.S. Attorney


United States v. Daniel Aukai
Cr. No. _____
INDICTMENT