UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1·2 2006

at ︎11︎ o'clock and ︎08︎ min, ︎A︎ M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>DANIEL KUUALOHA AUKAI,<br><br>Defendant - Appellant. | No. 04-10226<br>D.C. No. CR-03-00062-1-HG<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 03/17/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
APR 1 0 2006
by: ︎CP︎
Deputy Clerk