UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>DANIEL KUUALOHA AUKAI,<br><br>Defendant - Appellant. | No. 04-10226<br><br>D.C. No. CR-03-00062-1-HG<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

FILED
APR 11 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 17 2006
at 4 o'clock and 08 min. PM
SUE BEITIA, CLERK

The mandate issued on 04/10/06 was issued prematurely and is hereby RECALLED.

Cathy A. Catterson, Clerk of the Court

Candy Permillion, Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
APR 11 2006
by: Candy
Deputy Clerk

SCANNED