IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 03-00062HG |
| | ) | |
| Plaintiff, | ) | RECEIPT FOR EXHIBITS |
| | ) | |
| vs. | ) | |
| | ) | |
| DANIEL AUKAI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, FLORENCE T. NAKAKUNI, ESQ., Assistant U.S. Attorney, acknowledge receipt of Government's Exhibit 1 through 8, admitted in evidence on June 16, 2003 at the hearing on Motion to Suppress.

DATED:   Honolulu, Hawaii, _____6/30/06_____.


_____Pat Richmond_____
                    Signature