**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JAN 2 3 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. DANIEL KUUALOHA AUKAI, Defendant - Appellant. | No. 04-10226<br><br>D.C. No. CR-03-00062-1-HG<br>District of Hawaii<br><br>ORDER |

Before: SCHROEDER, Chief Judge.

Oral argument in the above case shall be reheard en banc in San Francisco, California, on Wednesday, March 21, 2007 at 8:30 a.m.

**RECEIVED**
CLERK, U.S. DISTRICT COURT
JAN 26 2007
DISTRICT OF HAWAII