**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 2 3 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>V.<br><br>DANIEL KUUALOHA AUKAI,<br><br>Defendant - Appellant. | No. 04-10226<br><br>D.C. No. CR-03-00062-1-HG<br>District of Hawaii<br><br>ORDER |

Before: SCHROEDER, Chief Judge.

The parties shall forward to the Clerk of Court thirty (30) copies of the original briefs and excerpts of record within seven days from the date of this order.

**RECEIVED**
CLERK, U.S. DISTRICT COURT
JAN 2 6 2007
DISTRICT OF HAWAII