August 20, 2007

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 355-7820

RECEIVED
CLERK U.S. DISTR...

AUG 23 2007

DISTRICT OF HAWAII

**District Court/Agency:** **USDC Hawaii (Honolulu)**

**Lower Court Number:** CR-03-00062-1-HG

**Appeal Number:** 04-10226

**Short Title:** USA v. Aukai

**Volumes**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Clerk's Records in:** 1 | | | 0 | **Certified Copy(ies)** | | | |
| **Reporters Transcripts in:** 1 | | | | | | | |
| **Bulky Documents in:** 0 | **Envelopes** | 0 | **Expandos** | 1 | **Folders** | 0 | **Boxes** |
| 0 | **Other** | | | | | | |
| **State Lodged Docs in:** 0 | **Envelopes** | 0 | **Expandos** | 0 | **Folders** | 0 | **Boxes** |
| 0 | **Other** | | | | | | |
| **Other:** | | | | | | | |

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.